# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| BRADLEY EGENBERG, ) | |
| ) | |
| Plaintiff/Counter-Claim Defendant, ) | |
| ) | |
| v. ) | Case No.: 2:-21-cv-00026-JHE |
| ) | |
| MAINSAIL DIGITAL, LLC, et al., ) | |
| ) | |
| Defendants/Counter-Claim Plaintiffs. ) | |

## CLERK'S COURT MINUTE ENTRY
## DISMISSAL PURSUANT TO STIPULATION OF PARTIES

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, the parties jointly stipulate to dismissal of this action with prejudice and each party bearing his or its own costs. (Doc. 65).

Therefore, at the direction of the Honorable John H. England, III, this case is closed.

DATED: June 7, 2022

SHARON N. HARRIS, CLERK

By:_____Angela Day_____
Deputy Clerk